Walter E. RYAN, Jr., Plaintiff Below–Appellant,

v.

Naren GURSAHANEY, Thomas Colligan, Timothy Donahue, Robert Dutkowsky, Bruce Gordon, Bridgette Heller, Kathleen Hyle, Dinesh Paliwal, Keith Meister, and Corvex Management LP, Defendants Below–Appellees,

and

The ADT Corporation, a Delaware corporation, Nominal Defendant Below–Appellee.

No. 264, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015

Decided: November 19, 2015

Reargument Denied December 8, 2015

Court Below: Court of Chancery of the State of Delaware, in and for New Castle County, C.A. No. 9992–VCP

AFFIRMED.